IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ZACHARY A. MCINTYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-057 |
| ) | |
| PROBATION OFFICER WAYNE ) | |
| BRYANT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 3), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of October, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE