AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ZACHARY A. MCINTYRE,

        Plaintiff,

v.

PROBATION OFFICER WAYNE BRYANT,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV323-057

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's October 18, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's motion to proceed in forma pauperis is denied as moot, and this case is dismissed without prejudice. This case stands closed.

10/18/2023  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020